```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 42535
    PHYLLIS WILLIAMS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX


         Debtor
   SSN XXX-XX-3215


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 11/16/2004 and was confirmed 02/28/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  66.06% from remaining funds.

    The case was dismissed after confirmation 10/27/2008.
------------------------------------------------------------------------------
                                                   INTEREST        PRINCIPAL
CREDITOR NAME               CLASS     CLAIM AMOUNT    PAID            PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED         9850.00     1163.63        9850.00
DOMINICKS FINER FOODS~    UNSECURED      NOT FILED        .00            .00
MERCHANTS CREDIT GUIDE C  NOTICE ONLY    NOT FILED        .00            .00
HOUSEHOLD BANK            UNSECURED      NOT FILED        .00            .00
IL DEPT OF EMPLOYMENT SE  UNSECURED        3393.00        .00         1114.19
ILLINOIS DEPT OF EMP SEC  NOTICE ONLY    NOT FILED        .00            .00
ILLINOIS DEPT PUBLIC AID  UNSECURED        2549.58        .00          837.23
NCO FINANCIAL SYSTEMS IN  NOTICE ONLY    NOT FILED        .00            .00
PROVIDIAN  MASTERCARD     UNSECURED      NOT FILED        .00            .00
PROVIDIAN                 NOTICE ONLY    NOT FILED        .00            .00
PROVIDIAN  MASTERCARD     UNSECURED      NOT FILED        .00            .00
SOUTHEAST FINANCIAL CU    UNSECURED      NOT FILED        .00            .00
DRIVE FINANCIAL SERVICES  UNSECURED         122.53        .00           40.23
INTERNAL REVENUE SERVICE  SECURED NOT I   14125.72        .00            .00
INTERNAL REVENUE SERVICE  UNSECURED      NOT FILED        .00            .00
LEDFORD & WU              DEBTOR ATTY     2,300.00                    2,300.00
TOM VAUGHN                TRUSTEE                                       924.72
DEBTOR REFUND             REFUND                                          .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE               16,230.00

PRIORITY                                              .00
SECURED                                          9,850.00
    INTEREST                                     1,163.63
UNSECURED                                        1,991.65
ADMINISTRATIVE                                   2,300.00
TRUSTEE COMPENSATION                               924.72
DEBTOR REFUND                                         .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 42535 PHYLLIS WILLIAMS
```

```
                                    ---------------        ---------------
TOTALS                                    16,230.00              16,230.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 01/26/09                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                            PAGE   2
         CASE NO. 04 B 42535 PHYLLIS WILLIAMS